**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES C MOONEY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.:  5:25-cv-03598-JMG |
| | : | |
| AINSWORTH, INC. *et al.*, | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 7th day of April, 2026, upon consideration of Defendants' Motion  for Leave to File Amended Answer and Counterclaim to Plaintiff's Complaint (ECF No. 29), Plaintiff's Memorandum of Law in Opposition to Defendants' Motion (ECF No. 31), the arguments made by the Parties during the telephonic status conference held on March 24, 2026 (ECF no. 38), Defendants' Supplemental Brief in Support of Motion for Leave to File Amended Answer and Counterclaim (ECF No. 39), and Plaintiff's letter dated March 27, 2026 (ECF No. 40) **IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 29) is **GRANTED in part**.

**IT IS FURTHER ORDERED** as follows:

1.      Defendants have failed to show good cause for neglecting to join James P. Elash, Jeffrey Winterborne, Michael O. McHenry, and Daniel Maurer as parties before the deadline set forth in the Scheduling Order (ECF No. 18).

2.      Defendants have failed to show good cause for neglecting to bring a counterclaim for "Breach of Representation and Warranty" before the deadline set forth in the Scheduling Order (ECF No. 18).

3.      Defendants have demonstrated good cause for not bringing a counterclaim for Contractual Indemnification before the deadline set forth in the Scheduling Order (ECF No. 18).

4.    Plaintiff has failed to show that the Court should deny leave to amend.

5.    Defendants **SHALL** file an amended pleading in accordance with this Order no later than **April 10, 2026**.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] The Parties should not anticipate the Court granting any additional motions for leave to amend the pleading.