**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES C MOONEY,<br>Plaintiff,<br><br>v.<br><br>AINSWORTH, INC. *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:25-cv-03598-JMG |

**ORDER**

**AND NOW**, this 8th day of October, 2026, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 76), Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment (ECF No. 77), Statement of Undisputed Material Facts Supporting Plaintiff's Motion for Summary Judgment (ECF No. 78), Defendants' Response in Opposition to Plaintiff's Motion to Summary Judgment (ECF No. 93), Defendants' Statement of Disputed Facts and Additional Facts (ECF No. 94), and Defendants' Praecipe to Substitute Previously Filed Response in Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 95),

**IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF No. 76) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge