**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES C MOONEY,<br>Plaintiff,<br><br>v.<br><br>AINSWORTH, INC. *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:25-cv-03598-JMG |

# ORDER

**AND NOW**, this 14th day of October, 2026, upon consideration of Defendants' Motion to Exclude the Opinions and Testimony of Plaintiff's Proposed Expert Brad Steinweg (ECF No. 80), Defendants' Praecipe to Substitute Previously Filed Memorandum of Law in Support of Motion to Exclude the Opinions and Testimony of Plaintiff's Proposed Expert Brad Steinweg (ECF No. 84), and Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude the Opinions and Testimony of Plaintiff's Proposed Expert Brad Steinweg (ECF No. 91),

**IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 80) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge